NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001022
20-FEB-2015
02:51 PM

NO. CAAP-14-0001022

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MISEONG YU and SEUNGJU LEE, Plaintiffs-Appellants, v.
TOURNET HAWAII, INC., a Hawaii corporation; JAY YOUNG KIM;
JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50;
DOE PARTNERSHIPS 1-50; DOE GOVERNMENTAL ENTITIES 1-50;
DOE NON-PROFIT ENTITIES 1-50; AND DOE DEFENDANTS 1-50,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2696-10)

ORDER APPROVING THE FEBRUARY 11, 2015
STIPULATION AND ORDER FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation and Order for

Dismissal of Appeal, filed February 11, 2015, by Defendant-

Appellee Tournet Hawaii, Inc., the papers in support, and the

record, it appears that (1) the stipulation is dated and signed

by counsel for all parties appearing in this appeal; (2) the

parties seek to dismiss the appeal with prejudice, pursuant to

Hawaiʻi Rules of Appellate Procedure Rule 42(b); (3) the parties

agree to bear their own attorney's fees and costs; and (4) the

appeal was docketed on September 22, 2014.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorney's fees and costs on appeal.

DATED: Honolulu, Hawai'i, February 20, 2015.

Presiding Judge

Associate Judge

Associate Judge